UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF ALABAMA

IN RE: HOSEA ADDISON
402 DILLARD LANE
MONTGOMERY, AL 36116

CASE NO: 15-33609-DHW

Soc. Sec. No. XXX-XX-5874
Debtor.

## INCOME WITHHOLDING ORDER

TO: AUTAUGA CO BOARD OF EDUCATION
ATTN PAYROLL
153 W 4TH ST
PRATTVILLE, AL 36067

The debtor subjected all of his income, including future earnings and wages to the jurisdiction of this Court by filing a case under Chapter 13 of the United States Bankruptcy Code. It is hereby

ORDERED that AUTAUGA CO BOARD OF EDUCATION withhold from the wages, earnings, or other income of this debtor the sum of **$950.00 MONTHLY** and remit all such funds withheld to:

**CURTIS C REDING, CHAPTER 13 TRUSTEE
15-33609-DHW HOSEA ADDISON
P O BOX 613108
MEMPHIS TN 38101-3108**

The wages, earnings or other income withheld in compliance with this Order should be remitted to the Trustee no less frequently than each month.

This Order continues in force and effect until further Order of this court.

Done Monday, January 11, 2016 .

cc: Debtor
Debtor's Attorney

*/ s / Dwight H. Williams Jr.*
Dwight H. Williams Jr.
United States Bankruptcy Judge